# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00250-CV

---

**In re Tony Cervantes**

---

## ORIGINAL PROCEEDING FROM MILAM COUNTY

---

## M E M O R A N D U M   O P I N I O N

Tony Cervantes, an inmate proceeding pro se, has filed with this Court a putative motion for early termination of the requirement to register as a sex offender under Chapter 62, Code of Criminal Procedure, complaining of the trial court's failure to timely rule on a similar motion allegedly filed with that court on March 6, 2023. We will treat Mr. Cervantes' submission as a petition for writ of mandamus.

A relator seeking mandamus relief has the burden of providing the Court with a sufficient record to establish the right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). By rule, the relator must file with the petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding." Tex. R. App. P. 52.7(a)(1). Here, Mr. Cervantes has provided no sworn record or exhibits in support of his submission. Moreover, although mandamus relief is generally available when the trial court has failed to rule within a reasonable length of time on a properly filed motion brought to the trial court's attention, a delay of less than three months is not

unreasonable. *See In re Whitfield*, No. 03-18-00564-CV, 2018 WL 4140735, at \*1 (Tex. App.—Austin Aug. 29, 2018, orig. proceeding); *accord In re Ridley*, No. 03-22-00259-CV, 2022 WL 1492528, at \*1 (Tex. App.—Austin May 12, 2022, no pet.) (mem. op.). Accordingly, the petition is denied. *See* Tex. R. App. P. 52.8.

 

_____

Gisela Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed:   April 28, 2023

2